NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1105

SUN PHARMACEUTICAL INDUSTRIES, LTD.,

Plaintiff-Appellee,

v.

ELI LILLY AND COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Michigan in case no. 07-CV-15087, Judge George Caram Steeh.

ON MOTION

Before SCHALL, Circuit Judge.

## O R D E R

Eli Lilly and Company moves to expedite the briefing schedule and oral argument in this appeal. Eli Lilly states that Sun Pharmaceuticals, Ltd. opposes.

The court determines that Eli Lilly has not shown that the time for Sun to file its brief should be shortened or that oral argument should be expedited. However, the parties should not anticipate receiving extensions of time to file their briefs.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

DEC 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   James F. Hurst, Esq.
      Charles E. Lipsey, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2009

JAN HORBALY
CLERK